1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:08-mj-000034 TAG |
| ) | 5:08-mj-000039 TAG |
| Plaintiff, ) | 5:08-mj-000041 TAG |
| v. ) | 5:08-mj-000042 TAG |
| ) | 5:08-mj-000035 TAG |
| ADRIAN NEGRETE-HERNANDEZ, ) | 5:08-mj-000036 TAG |
| JANET MARTINEZ, ) | 5:08-mj-000038 TAG |
| JUAN DELGADO-MONTENEGRO, ) | 5:08-mj-000037 TAG |
| "GUERITA," ) | 5:08-mj-000040 TAG |
| ISMAEL CASAS, ) | 5:08-mj-000032 TAG |
| MICHAEL RAMOS, ) | |
| OLEGARIO TRUJILLO, ) | |
| LUIS CORTEZ-MENDOZA, ) | |
| ALEJANDRO MEJIA, and ) | |
| PEDRO DELGADO-MONTENEGRO ) | |
| ) | |
| Defendants. | |

ORDER TO UNSEAL ARREST WARRANTS
AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an
Order permitting it to unseal the Criminal Complaints and Arrest
Warrants in the above-captioned matters.  Upon consideration of
the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1   Warrants in the above-entitled proceedings shall be unsealed.

2   DATED: December 10, 2008

3                                   _____
                                    THERESA A. GOLDNER
4                                   U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:08-mj-000034 TAG |
| | ) | 5:08-mj-000039 TAG |
| Plaintiff, | ) | 5:08-mj-000041 TAG |
| | ) | 5:08-mj-000042 TAG |
| v. | ) | 5:08-mj-000035 TAG |
| | ) | 5:08-mj-000036 TAG |
| | ) | 5:08-mj-000038 TAG |
| ADRIAN NEGRETE-HERNANDEZ, | ) | 5:08-mj-000037 TAG |
| JANET MARTINEZ, | ) | 5:08-mj-000040 TAG |
| JUAN DELGADO-MONTENEGRO, | ) | 5:08-mj-000032 TAG |
| "GUERITA," | ) | |
| ISMAEL CASAS, | ) | |
| MICHAEL RAMOS, | ) | |
| OLEGARIO TRUJILLO, | ) | |
| LUIS CORTEZ-MENDOZA, | ) | |
| ALEJANDRO MEJIA, and | ) | |
| PEDRO DELGADO-MONTENEGRO, | ) | APPLICATION TO UNSEAL CRIMINAL |
| | ) | COMPLAINTS AND ARREST WARRANTS |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

        The United States of America hereby applies to this Court for
an order unsealing the arrest warrants and criminal complaints in
the above-captioned proceedings.

        This motion is based on the fact that the defendants in these
matters were arrested on the criminal complaints.

Dated: December 10, 2008                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney
                                    By:     /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

1