**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
LORETA JANET MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>LORETA JANET MARTINEZ,<br>                    DEFENDANT. | Case No.: 08-CR-00435 AWI<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant hereby requests a Court Order waiving her appearance at the status conference hearing scheduled for Monday, March 23, 2009.

   Ms. Martinez gave birth to a child.  To appear in court is an inconvenience to her and her new born.  Defendant hereby waives her presence at the status conference hearing on Monday, March 23, 2009 at 9:00 a.m. and requests the Court to proceed in her absence and agrees that her interests will be deemed the same as if she was personally present.

This request is made pursuant to Fed R. Crim. P. 43 (b)(2)

Date: March 20, 2009

/s/David A. Torres                                                       /s/Loreta Janet Martinez
Counsel for Defendant                                                Loreta Janet Martinez

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived for March 23, 2009.

IT IS SO ORDERED.

**Dated:   March 23, 2009**                             /s/ Anthony W. Ishii
                                                                        CHIEF UNITED STATES DISTRICT JUDGE