1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law (State Bar №. 135059)
2  1318 "K Street
   Bakersfield, CA 93301
3  Tel.: (661) 326-0857

4  Attorney for: JANET MARTINEZ

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | №. 1:08-CR-0435 AWI |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| JANET MARTINEZ   DEFENDANT. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, JANET MARTINEZ by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for March 22, 2010 be continued to April 12, 2010 at 9:00 a.m. or a date convenient to the court and counsel.

This is a mutual agreement between myself and Assistant United States Attorney, Karen A. Escobar. I am scheduled to commence trial on March 22, 2010 in *People vs. Adrian Chavez*, Case No. BF124115A. Additional time is needed in order to conduct the probation interview and for the subsequent preparation of the PSI report.

Based upon the foregoing, I respectfully request that this matter be continued to April 12,

1

2010.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

DATED: January 28, 2010

By      /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
JANET MARTINEZ

DATED: January 28, 2010

By      /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and  §3161 (h)(7)(B)(I) & (iv).

IT IS SO ORDERED.

**Dated:      January 30, 2010**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE

2