**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
email: lawtorres@aol.com

Attorney for:
JANET MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | №. 1:08-CR-0435 AWI |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| JANET MARTINEZ   DEFENDANT. | |

TO: THE HONORABLE: ANTHONY W. ISHII CLERK OF THE UNITED STATES DISTRICT COURT, AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

Defendant, JANET MARTINEZ by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for April 12, 2010 be continued to June 21, 2010 at 9:00 a.m. or a date convenient to the court and counsel.

This is a mutual agreement between myself and Assistant United States Attorney, Karen A. Escobar. Additional time is needed in order to prepare a Sentencing Statement on behalf of the defendant.

Based upon the foregoing, I respectfully request that this matter be continued to June 21, 2010.

1

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

DATED: April 4, 2010

By  /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
JANET MARTINEZ

DATED: April 4, 2010

By  /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

IT IS SO ORDERED.

**Dated:   April 8, 2010**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE