BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-435 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| | ) | |
| JUAN DELGADO MONTENEGRO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
|_____| ) | |

Defendant JUAN DELGADO MONTENEGRO, by and through his attorney, ANDRES BUSTAMANTE, Defendant MICHAEL RAMOS, by and through his attorney, STEVEN CRAWFORD, and Defendant ADRIAN NEGRETE-HERNANDEZ, by and through his attorney, KATHERINE HART, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

  1. The parties to the above-captioned matter agree to vacate the current motions schedule and hearing date to accommodate the

1  schedule of AUSA Escobar who is currently in trial in the multi-
2  defendant Title III wire case in the matter of <u>United States v.</u>
3  <u>Eustorgio Flores, et al.</u>, 1:08-cr-124 OWW, and who is unavailable
4  to attend the hearing currently set for May 10, since she will be
5  in training out of town that week.
6      2.  Accordingly, the parties agree to reset the filing of the
7  government's response for May 10, 2010, by 4:00 p.m., reset the
8  filing of the defendants' reply for May 24, 2010, by 4:00 p.m.,
9  and reset the hearing currently set for May 10 at 11:00 a.m. to
10 June 1 at 11:00 a.m.
11     3.  The parties stipulate that the continuance is
12 necessitated by the parties need to continue negotiations, defense
13 need for further investigation, and government attorney's
14 unavailability.
15     4.  The parties stipulate that time is excludable under the
16 Speedy Trial Act and that the ends of justice served by granting
17 the requested continuance outweigh the best interests of the
18 public and the defendant in a speedy trial, in that the failure
19 to grant the continuance would deny the parties' sufficient
20 opportunity to present evidence and/or resolve the matter.

DATED: April 19, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                         Assistant U.S. Attorney

                                         /s/ Andres Bustamante
                                         ANDRES BUSTAMANTE
                                         Attorney for Defendant
                                         Juan Delgado Montenegro

/s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Defendant
Michael Ramos

/s/ Andres Bustamante
KATHERINE HART
Attorney for Defendant
Adrian Negrete-Hernandez

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 10, 2010 is hereby vacated and is reset for June 1, 2010, at 11:00 a.m.

IT IS FURTHER ORDERED THAT the filing of the government's response shall be reset for May 10, 2010, by 4:00 p.m., and the filing of the defendants' reply, if any, shall be reset for May 24, 2010, by 4:00 p.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to present evidence and/or resolve the matter.

IT IS SO ORDERED.

**Dated:   April 19, 2010**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE