**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
e-mail: lawtorres@aol.com

Attorney for: JANET MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>v.<br><br>JANET MARTINEZ<br>        DEFENDANT. | №. 1:08-CR-0435 AWI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   COMES NOW defendant, JANET MARTINEZ by and through his attorney of record, DAVID A. TORRES hereby request that the Sentencing date currently set for June 21, 2010 be continued to August 23, 2010 at 9:00 a.m. or a date convenient to the court and counsel.

   This is a mutual agreement between myself and Assistant United States Attorney, Karen A. Escobar. I am requesting a continuance in order to discuss issues related to the sentencing.

   Based upon the foregoing, I respectfully request that this matter be continued to August 23, 2010.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

DATED: June 17, 2010

By   /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
JANET MARTINEZ

DATED: June 17, 2010

By   /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney,
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

IT IS SO ORDERED.

Dated:   June 17, 2010

CHIEF UNITED STATES DISTRICT JUDGE