```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  1:08CR435 AWI
                                    )
12              Plaintiff,          )
                                    )
13       v.                         )  STIPULATION RE:
                                    )  CONTINUANCE AND ORDER
14  JANET MARTINEZ,                 )
                                    )
15                                  )
                Defendant.          )
16  _____)
```

17      Defendant JANET MARTINEZ, by and through her attorney, DAVID
18 TORRES, and the United States of America, by and through its
19 attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
20 A. ESCOBAR, Assistant United States Attorney, hereby enter into
21 the following stipulation:
22      1.  The parties to the above-captioned matter agree to vacate
23 the April 11, 2011, 9:00 a.m. sentencing hearing, set in this
24 matter, and reset the matter for May 16, 2011, at 9:00 a.m.
25      2.  The parties stipulate that the continuance is necessary
26 due to the unavailability of counsel for the government, who will
27 be on annual leave April 11 and will need three weeks to
28 recuperate from surgery scheduled April 19.

```
DATED: April 4, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                        /s/ David Torres
                                        DAVID TORRES
                                        Attorney for Defendant
                                        JANET MARTINEZ
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of April 11, 2011, at 9:00 a.m., is hereby vacated in this matter and is reset for May 16, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:      April 6, 2011                  _____
                                           CHIEF UNITED STATES DISTRICT JUDGE