```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN NEGRETE-HERNANDEZ and<br>MICHAEL RAMOS,<br><br>　　　　　Defendants. | 1:08-CR-435 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

　　　Defendants ADRIAN NEGRETE-HERNANDEZ, by and through his attorney, GARY HUSS, and MICHAEL RAMOS, by and through his attorney, STEVEN CRAWFORD, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

　　　1.　The parties to the above-captioned matter agree to vacate the current filing date for the government's response (August 22, 2011), reply date of August 25 and hearing date of August 29 and

1

agree to reset the filing date for the government's response for September 6 with a reply date of September 9 and hearing on September 12.

2. The parties stipulate that the continuance is necessitated by the parties' need to continue negotiations, defense need for further investigation and to accommodate the work schedule of the government's attorney, who was preparing for trial and a Ninth Circuit oral argument set August 30, 2011.

3. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for continued investigation and negotiation, and the government's need for additional time to respond to defendant Negrete-Hernandez's suppression motion, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: August 21, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

                                          /s/ Gary Huss
                                          GARY HUSS
                                          Attorney for Defendant
                                          Adrian Negrete-Hernandez

                                          /s/ Steven Crawford
                                          STEVEN CRAWFORD
                                          Attorney for Defendant
                                          Michael Ramos

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current response date

2

of August 22, 2011, reply date of August 25, 2011, and motions hearing of August 29, 2011, are hereby vacated. The government's response will now be due on September 6, 2011, by 4 p.m., the defendant's reply, if any, will be due on September 9, by 4 p.m., and the motions hearing will be set for September 12 at 9:00 a.m.

    THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   August 22, 2011   _____
                                CHIEF UNITED STATES DISTRICT JUDGE